**CSP TECHNOLOGIES, INC.,**
Plaintiff–Appellant,

v.

**SUD–CHEMIE AG, Sud–Chemie, Inc., Airsec S.A.S., Clariant Produkte Deutschland GMBH, Clariant Corporation, and Clariant Production (France) S.A.S., Defendants–Appellees.**

No. 2014–1337.

United States Court of Appeals,
Federal Circuit.

Oct. 6, 2014.

994

James Richard Nuttall, Attorney, John Lloyd Abramic, Attorney, Brandon Cary Helms, Attorney, Steptoe & Johnson, LLP, Chicago, IL, for Plaintiff–Appellant.

Paul H. Berghoff, Esq., Paula Fritsch, Sean Michael Sullivan, McDonnell, Boehnen, Hulbert & Berghoff, LLP, Chicago, IL, Jan M. Carroll, Esq., Barnes & Thornburg LLP, Indianapolis, IN, for Defendants–Appellees.

Before PROST, Chief Judge, DYK and MOORE, Circuit Judges.

### ON MOTION

PROST, Chief Judge.

### ORDER

Appellees move without opposition to dismiss this appeal as premature.

As appellees note, counterclaims for invalidity and patent misuse are unresolved and remain outstanding.

Accordingly, IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each party shall bear its own costs.